1  GARRETT J. ZELEN, ESQ.
   (California SB # 083084)
2  LAW OFFICES OF GARRETT J. ZELEN
   12400 Wilshire Boulevard, Ste. 400
3  Los Angeles, CA 90025
   (310) 820-0077
4  gzelen@sbcglobal.net

5  Attorney for Defendant JAMES MURRAY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.12 CR 00278- EMC (LB) |
|---|---|
| Plaintiff, | ) STIPULATION AND (PROPOSED) ORDER TO CONTINUE THE THE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTIONS FOR DISCOVERY/DISCLOSURE |
| vs. | |
| JAMES MICHAEL MURRAY, | |
| Defendant. | |

Defendant, JAMES MURRAY, and the United States hereby stipulate to continue the briefing schedule and hearing dates for discovery and disclosures motions assigned for hearing to the Honorable Laurel Beeler, as set forth below:

The briefing schedule, ordered by Judge Chen, on August 27, 2012, was to be as follows:

October 17, 2012 - Defendant's Motions Due

November 7, 2012 - Government's Oppositions Due

November 21, 2012 - Defendant's Replies Due.

On October 3, 2012, United States Magistrate Judge Nathanael Cousins revoked Defendant's bail and ordered that he be detained pending trial.  Defendant intends to move for release on bail and an evidentiary hearing on Defendant's motion has been scheduled for October 24, 2012, before Judge Cousins.

1    Defendant's counsel, a solo practitioner, avers that he will be filing a motion
2 and supporting information and/or evidence in support of Defendant's motion for
3 bail.  He further avers that this effort will require his full available attention and
4 that he also has obligations to other clients in other upcoming court cases. These
5 obligations will preclude defense counsel from being able to prepare motions on
6 the schedule set before Judge Chen.
7    Accordingly, Defendant requests and the Government does not object to
8 revision the briefing schedule on the anticipated discovery motions as follows:
9    November 21, 2012 - Defendant's Motions Due
10   December 19, 2013 - Government's Oppositions Due
11   January 2, 2012 - Defendant's Replies Due.
12   January 17, 2012 - Hearing on Motion
13   Defendant's counsel has advised the Defendant of the his rights under the
14 Speedy Trial Act; the Defendant concurs with his counsel that continuing the
15 Briefing Schedule and Hearing of Defendant's Motions for Discovery/Disclosure,
16 and continuing any potential trial in this matter, is necessary to enable Defendant's
17 counsel to have adequate time to prepare, taking into account the nature of the
18 issues to be presented to the Court, and the exercise of due diligence.
19   The Defendant further concurs with his counsel that his counsel is to give
20 first priority to the pleadings to be filed and the preparation for the hearing as to
21 the motion for bail, now scheduled for October 24, 2012, and agrees that
22 continuing of the briefing schedule on the Discovery/Disclosure Motions and
23 hearing thereon, are in the best interests of Defendant.
24   Defendant, and his counsel, agree, without Government objection, that the
25 time for such continuance of the briefing schedule, filing of Motions and
26 Responses, and subsequent hearing thereon should be excluded under the Speedy
27
28                                                           2

1  Trial Act.  18 U.S.C. §§ 3161(h)(1)(D) and (7).

3       IT IS SO STIPULATED,

4       Dated: October 15, 2012                     _____/s/_____
                                                    JOHN H. HEMANN
5                                                   Assistant United States Attorney

7       Dated: October 15, 2012                     _____/s/_____
                                                    GARRETT J. ZELEN
8                                                   Attorney for James Murray

9       Garrett Zelen hereby attests that concurrence in the filing of this document
10 has been obtained from Assistant United States Attorney John Hemann.

## ORDER

Based on the forgoing stipulation, IT IS SO ORDERED.

The briefing and hearing schedule on the motions to be filed by Defendant is as follows:

    November 21, 2012 - Defendant's Motions Due
    December 19, 2013 - Government's Oppositions Due
    January 2, 2012 - Defendant's Replies Due.
    January 17, ~~2012~~ 2013 - Hearing on Motions at 11:00 a.m.

For the reasons set forth in the stipulation, the Court finds that time under the Speedy Trial Act is excluded from October 11, 2012, to January 17, ~~2012~~ 2013.  18 U.S.C. §§ 3161(h)(1)(D) and (7).

Dated: October 15, 2012

                                                    _____
                                                    THE HONORABLE LAUREL BEELER
                                                    United States Magistrate Judge

3