1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   MARC H. AXELBAUM (SBN 209855)
2  marc.axelbaum@pillsburylaw.com
   ERICA N. TURCIOS (SBN 271655)
3  erica.turcios@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA  94111
   Telephone:    (415) 983-1000
5  Facsimile:    (415) 983-1200

6  Attorneys for Defendant
   JAMES MURRAY
7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12

13
   UNITED STATES OF AMERICA,            )   Case No. CR 12-0278 EMC
14                                      )
                Plaintiff,              )
15                                      )   STIPULATION AND [PROPOSED]
        vs.                             )   ORDER CONVERTING DATE OF
16                                      )   HEARING ON DEFENDANT'S
   JAMES MURRAY,                        )   MOTION TO REVOKE DETENTION
17                                      )   ORDER TO STATUS CONFERENCE
                Defendant.              )
18                                      )
                                        )
19                                      )

20      Plaintiff UNITED STATES OF AMERICA and Defendant JAMES MURRAY

21 ("Defendant"), HEREBY STIPULATE, through their undersigned counsel, as follows:

22      1.    WHEREAS on February 8, 2013, Magistrate Judge Maria-Elena James

23 specially appointed Marc H. Axelbaum for the limited purpose of advising Defendant

24 regarding certain conflicts of interest the government had stated in a letter to the Court that

25 Defendant allegedly had with his retained counsel, Garrett J. Zelen (Dkt. 96);

26      2.    WHEREAS on February 27, 2013, the government moved to disqualify Mr.

27 Zelen as counsel for Defendant (Dkt. 99);

28

1        3.      WHEREAS on March 6, 2013, the Court held a hearing on the
2 Government's motion to disqualify Mr. Zelen;
3        4.      WHEREAS on March 11, 2013, the Court issued a written order
4 disqualifying Mr. Zelen (Dkt. 103, p.9);
5        5.      WHEREAS on March 19, 2013, Magistrate Judge Cousins specially
6 appointed Marc H. Axelbaum for the limited purpose of advising Defendant in completing
7 a Financial Declaration in Support of Request for Attorney Under the Criminal Justice Act
8 ("CJA-23 Form");
9        6.      WHEREAS on April 29, 2013, Judge Cousins found Defendant eligible for
10 appointed counsel and appointed Mr. Axelbaum as Defendant's attorney (Dkt. 107);
11        7.      WHEREAS, Mr. Axelbaum has until recently only been appointed for
12 limited purposes in this case and has accordingly not previously attempted to get fully up to
13 speed on the merits of the matter, including regarding the Defendant's Motion to Revoke
14 Magistrate Judge's Order Revoking Defendant's Release on Bond and for *de novo* Review
15 of the Order (Dkt. 89, "Motion to Revoke"), which was previously set for hearing on May
16 8, 2013;
17        8.      WHEREAS Defendant and the government have agreed to convert the May
18 8, 2013 hearing on the Motion to Revoke to a status conference and continue the hearing on
19 the Motion to Revoke to a date to be set at the May 8 conference;
20       THEREFORE, Plaintiff and Defendant respectfully request that the Court convert
21 the May 8, 2013 hearing on Defendant's Motion to Revoke to a status conference and
22 continue the hearing on Defendant's Motion to Revoke to a date to be determined at the
23 status conference.
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: May 3, 2013 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>MARC H. AXELBAUM |
| 2 | | ERICA N. TURCIOS<br>Four Embarcadero Center, 22nd Floor |
| 3 | | San Francisco, CA  94111 |
| 4 | | |
| 5 | | By   /s/ Marc H. Axelbaum<br>      Attorneys for Defendant JAMES MURRAY |
| 6 | | |
| 7 | Dated: May 3, 2013 | MELINDA HAAG |
| 8 | | United States Attorney<br>450 Golden Gate Avenue |
| 9 | | San Francisco, CA 94102 |
| 10 | | By   /s/ Robin L. Harris |
| 11 | | Robin L. Harris<br>Assistant United States Attorney |
| 12 | | |

704234430v2

- 3 -  STIP. AND [PROP.] ORDER CONVERTING DATE OF HEARING ON DEF.'S MOT. TO REVOKE DETENTION ORDER TO STATUS CONFERENCE
CR 12-0278 EMC

1   [PROPOSED] ORDER

2        Based on good cause shown in the foregoing Stipulation, the Court hereby converts

3   the hearing on the Motion to Revoke Detention Order ("Motion") set for May 8, 2013, at

4   2:30 p.m, to a status conference; and (2) continues the hearing on the Motion to a date to be

5   determined at the May 8 status conference.

6        IT IS SO ORDERED.

7   Dated: May __6__, 2013                    _____
                                               Honorable Edward M. Chen
8                                              UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED. Judge Edward M. Chen]*

704234430v2

- 4 -   STIP. AND [PROP.] ORDER CONVERTING DATE OF HEARING ON DEF.'S MOT. TO REVOKE DETENTION ORDER TO STATUS CONFERENCE
CR 12-0278 EMC