PILLSBURY WINTHROP SHAW PITTMAN LLP
MARC H. AXELBAUM (SBN 209855)
marc.axelbaum@pillsburylaw.com
ERICA N. TURCIOS (SBN 271655)
erica.turcios@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant
JAMES MURRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MURRAY,<br><br>Defendant. | Case No. CR 12-0278 EMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELIEF CONCERNING ARREARAGE AT HALFWAY HOUSE |

Plaintiff UNITED STATES OF AMERICA and Defendant JAMES MURRAY, through their undersigned counsel, and UNITED STATES PRETRIAL SERVICES, through its Deputy Chief, HEREBY STIPULATE, as follows:

1. WHEREAS following his release to the halfway house on July 19, 2013, Defendant's brother paid for most of Defendant's stay for July and August, 2013 but has not yet paid for September 2013;

2. WHEREAS Defendant is in arrears to the halfway house and, because of the arrearage, is in imminent danger of eviction;

1    3.   WHEREAS Defendant was found eligible for appointed counsel on April 29, 2013 (Dkt. 107), and in or about mid-August 2013, federal funding for alternatives to detention for indigent defendants became available;

4.   WHEREAS Pretrial Services has asked that Defendant seek at least partial contribution from Defendant's family to cover the cost of the halfway house;

5.   WHEREAS the parties agree that Pretrial Services will pay the halfway house all amounts in arrears for Defendant to prevent Defendant from being evicted;

6.   WHEREAS the parties do not waive any objections or arguments they may have concerning the respective obligations of the Court, Pretrial Services, Defendant and his family members to pay for the halfway house;

THEREFORE, Pretrial Services, Defendant and the government respectfully request that the Court temporarily modify Defendant's bond conditions to permit Pretrial Services to pay to Geo Care, LLC the amount necessary to cover the arrearage for Defendant's stay at the halfway house and for the cost of future expenses, until further order of the Court.

Dated: September 30, 2013

PILLSBURY WINTHROP SHAW PITTMAN LLP
MARC H. AXELBAUM
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111


By   /s/ Marc H. Axelbaum
   Attorneys for Defendant JAMES MURRAY

Dated: September 30, 2013

SILVIO LUGO
California Northern Pretrial Services
450 Golden Gate Avenue
San Francisco, CA 94102


By   /s/ Silvio Lugo
   Silvio Lugo
   Deputy Chief, U.S. Pretrial Services Officer

| | | |
|---|---|---|
| 1 | Dated: September 30, 2013 | MELINDA HAAG<br>United States Attorney |
| 2 | | 450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| 3 | | |
| 4 | | By  /s/ Robin L. Harris |
| 5 | | Robin L. Harris<br>Assistant United States Attorney |
| 6 | | |

7  ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence
8  in the filing of this document has been obtained from each of the signatories.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

Based on the foregoing Stipulation, the Court temporarily modifies Defendant's bond conditions to permit Pretrial Services to pay to Geo Care, LLC the amount necessary to cover the arrearage for Defendant's stay at the halfway house and for the cost of future expenses, until further order of the Court. All prior orders concerning Defendant's release conditions remain in effect until further order of the Court.

IT IS SO ORDERED.

Dated: ~~September~~ October 3, 2013

_____
Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Edward M. Chen