**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**CRIMINAL MINUTES**

**Date:** February 26, 2014  **Time:** 4:48-5:20
**Court Reporter:** Kathy Sullivan

**Case No. and Name:** CR12-278 EMC v. James Murray

**Attorneys:**  Plaintiff: Robin Harris
Defendant: Marc Axelbaum
Pretrial: Gelareh Farahmand

**Deputy Clerk:** Betty Lee

**PROCEEDINGS:**

- BAIL REVIEW / FURTHER STATUS

**ORDERED AFTER HEARING:**

- Ex parte side bar session held between the government and the Court.  Government informed the Court that an application for search warrant in connection with Defendant is being processed.  Government's motion to remand defendant is granted.  The Court directed the marshal to convey defendant's medical needs to Santa Rita facility.  Defendant is restricted with phone calls to his counsel and the San Francisco Kaiser Cardiology department only.  Further status is specially scheduled for Monday 3/3/14 at 10:30 a.m.