UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | CR 12-00278 EMC |
| Plaintiff, | ) | ORDER [~~PROPOSED~~] |
| v. | ) | |
| JAMES MURRAY, | ) | |
| Defendant. | ) | |

The status conference in the above-captioned matter is continued from March 19, 2014 to March 25, 2014 at 9:30 a.m. The reason for this continuance is that the defendant does not currently have an attorney and is awaiting appointment of counsel under the Criminal Justice Act. Accordingly, in order to facilitate continuity of counsel, the court further orders that the time from March 19 through March 25, 2014 is excluded from the Speedy Trial Act because the interests in justice outweigh the public and the defendant's interest in a speedy trial.

IT IS SO ORDERED.

Dated: March 20, 2014

IT IS SO ORDERED

Judge Edward M. Chen

ORDER