FILED
APR 0 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs<br>Murray, James<br>Defendant. | CR-12-00278-EMC<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the defendant is indigent, therefore;

IT IS ORDERED that the attorney whose name, address and telephone number are listed below is appointed to represent the above defendant.

Alan Azer Dressler
400 Montgomery St., Ste. 200
San Francisco, CA 94104
(415) 421-7980

_____
Appointing Judge - Mag. Judge Cousins

4/3/2014               March 21, 2014
Date of Order          Nunc Pro Tunc Date