UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0278 EMC |
| Plaintiff, ) | **[PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME** |
| v. ) | |
| JAMES MURRAY, ) | |
| Defendant. ) | |

The Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 18, 2014 to July 30, 2014.  The Court finds and holds, as follows:

1. The parties appeared before the Court for a status conference on June 18, 2014.  At that appearance, defendant's new attorney advised the Court that he had not yet received or reviewed the entire file from defendant's prior attorney.  Defense counsel further advised that he received 11 additional boxes of discovery from defendant's prior attorney on June 17, 2014.  Defense counsel is still awaiting additional discovery from defendant's prior attorney.

2. At the appearance on June 18, 2014, government counsel informed the Court that she filed (under seal) a Motion to Compel with the General Duty Judge seeking an order which will enable the government to move forward with investigating new criminal activity.  The facts and circumstances relating to this motion and its impact on the case were discussed by the parties at a side-bar proceeding. The Court incorporates by reference the facts set forth at the side-bar into this order and finds that the facts as proffered by the government and defense counsel, specifically those facts relating to the litigation occasioned by the facts leading up to the filing of the Motion to Compel justify a finding of

[PROPOSED] ORDER
CR 12-0278 EMC

1 complexity due to the nature of the prosecution and the existence of novel questions of law and fact.

2      3.     The Court also finds that the June 17, 2014 Motion to Compel (14-90487 MISC RS) relates to a proceeding concerning the defendant and is a further basis for excluding time from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) and (H).

     4.     Based on the facts that (a) new defense counsel will have to become acquainted with the case and needs to have access to all of the files of previous defense counsel (b) the complex nature of this case and (c) the government's pending Motion to Compel which needs to be litigated and ruled upon, the Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until July 30, 2014 is necessary for effective preparation of defense counsel and for continuity of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 18, 2014 to July 30, 2014 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

     4.     Accordingly, the Court orders that the period from June 18, 2014 to July 30, 2014 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(1)(H) and 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: June 20, 2014



IT IS SO ORDERED

Judge Edward M. Chen

[PROPOSED] ORDER
CR 12-0278 EMC