MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7016
    FAX: (415) 436-7234
    robin.harris2@usdoj.gov
    lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-0278 EMC |
| Plaintiff, | **DECLARATION OF LLOYD FARNHAM RE ACCESS GRANT BY U.S. SECURITIES AND EXCHANGE COMMISSION** |
| v. | |
| JAMES MURRAY, | |
| Defendant. | |

DECLARATION OF LLOYD FARNHAM
CASE NO. 3:12-CR-0278 EMC

# DECLARATION

I, Lloyd Farnham, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California.

2. I am familiar with the process by which the U.S. Securities and Exchange Commission shares information with other governmental agencies, including prosecutors and criminal investigators.

3. Attached to this declaration is a copy of the letter received by Douglas Sprague, a former Assistant United States Attorney, in connection with the investigation and prosecution of James Murray in the matter now pending before this Court.

4. The attached letter was sent by the San Francisco Regional Office of the U.S. Securities and Exchange Commission in order to inform the U.S. Attorney's Office that the SEC had granted access to SEC files in the matter regarding Market Neutral Trading, LLC. Market Neutral Trading was an entity controlled by James Murray, and through which he solicited investments as part of the fraudulent scheme described in the Fourth Superseding Indictment in this case. This letter granting access to SEC files was sent in response to a request by the U.S. Attorney's Office for access.

5. The access grant letter was signed by Michael Dicke, then an Associate Director in the Division of Enforcement of the SEC working in the San Francisco Regional Office. The Securities and Exchange Commission has delegated or sub-delegated the authority to grant access to SEC files to senior officers within the Division of Enforcement at the Associate Director level and above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2015, in San Francisco, California.

                                        /s/ Lloyd Farnham
                                        LLOYD FARNHAM
                                        Assistant United States Attorney



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO REGIONAL OFFICE
44 Montgomery Street
SUITE 2600
SAN FRANCISCO, CALIFORNIA 94104

DIRECT DIAL: (415) 705-2500
FAX NUMBER: (415) 705-2501

March 21, 2011

United States Attorney's Office
W. Douglas Sprague
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
11th Floor, Federal Building
San Francisco, CA 94102

    Re:    <u>Market Neutral Trading, LLC, SF-03682</u>

Dear Mr. Sprague:

    Your request, by letter dated March 15, 2011, for access to Commission files has been granted, in reliance upon the assurances regarding use and confidentiality set forth in your letter. The Commission makes no recommendation with respect to investigation or prosecution by your agency. In addition, unless and until this matter is closed, the Commission continues to have an interest and will take such further investigatory or other steps, as it considers necessary in the discharge of its duties and responsibilities.

    We will identify any information disclosed to you that is subject to the Right to Financial Privacy Act of 1978 [12 U.S.C. 3401-22] (RFPA). If we disclose "financial records" of a "customer" to another federal agency, the customer generally must be notified of the disclosure within 14 days. This notice is not required when we disclose to: (i) federal financial institution supervisory agencies or the Commodity Futures Trading Commission pursuant to Section 1112(e) of the RFPA [12 U.S.C. 3412(e)]; the Criminal Investigative Division of the Internal Revenue Service for criminal investigative purposes relating to money laundering or other financial crimes pursuant to Section 1112(f) of the RFPA [12 U.S.C. 3412(f)]; the Department of Justice pursuant to Section 21(h) of the Securities Exchange Act of 1934 [15 U.S.C. 78u(h)]; or any person other than a federal agency.

W. Douglas Sprague
March 21, 2011
Page 2


      The files to which access has been granted are being retained by the San Francisco District Office of the Commission. Your representative should contact Karen Kreuzkamp at (415) 705-2502 to make arrangements to review the files. I would also appreciate it if you would inform that person in the event that your agency institutes public proceedings based upon information that you obtain as a result of this grant of access.

      Very truly yours,

      Michael S. Dicke
      Associate Regional Director