1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   LLOYD FARNHAM (CABN 202231)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7016
       FAX: (415) 436-7234
8      Robin.harris2@usdoj.gov
       Lloyd.farnham@usdoj.gov
9
   Attorneys for United States of America
10

11                           UNITED STATES DISTRICT COURT

12                           NORTHERN DISTRICT OF CALIFORNIA

13                               SAN FRANCISCO DIVISION

14

15 UNITED STATES OF AMERICA,    )  Case No. CR 12-0278 EMC
                                     )
16     Plaintiff,                    )  **STIPULATION AND [PROPOSED] ORDER**
                                     )
17    v.                             )
                                     )
18 JAMES MURRAY,                     )
                                     )
       Defendant.                  )
19                                   )
                                     )
20

21       It is hereby stipulated by and between the parties and with the concurrence of the U.S. Probation

22 Office that the Judgment and Commitment order in the above-captioned case should read as follows:

23 "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be

24 imprisoned for a total term of: 180 months.  This term consists of terms of 156 months on Counts 1

25 through 20 and 23, all counts to be served concurrently; 24 months on Count 21, concurrent to Count 22

26 and consecutive to Counts 1 through 20 and 23; and 24 months on Count 22, to be served concurrent to

27 all counts.  Upon release from imprisonment, the defendant shall be on supervised release for a term of:

28 Three (3) years.  This term consists of terms of three years on each of Counts 1 through 20 and 23 and 1

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CR-0278 EMC          1

1  year on each of Counts 21 and 22, all such terms to run concurrently."

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BRIAN J. STRETCH<br>Acting United States Attorney |
| Dated: April 7, 2016 | /s/<br>ROBIN L. HARRIS<br>Assistant United States Attorney |
| Dated: April 7, 2016 | /s/<br>ALAN DRESSLER<br>Attorney for Defendant |

### [PROPOSED] ORDER

Based upon the parties stipulation and with the concurrence of the U.S. Probation Office, and GOOD CAUSE APPEARING, it is hereby ordered that that the Judgment and commitment order in the above-captioned case should read as follows: "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 180 months.  This term consists of terms of 156 months on Counts 1 through 20 and 23, all counts to be served concurrently; 24 months on Count 21, concurrent to Count 22 and consecutive to Counts 1 through 20 and 23; and 24 months on Count 22, to be served concurrent to all counts.  Upon release from imprisonment, the defendant shall be on supervised release for a term of:  Three (3) years.  This term consists of terms of three years on each of Counts 1 through 20 and 23 and 1 year on each of Counts 21 and 22, all such terms to run concurrently."  IT IS SO ORDERED.

Dated: _____  April 8, 2016

IT IS SO ORDERED
Judge Edward M. Chen
_____ Judge