1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
4
5  RAVEN M. NORRIS (CABN 232868)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-6915
8       FAX: (415) 436-6570
        Raven.Norris@usdoj.gov
9
10 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 12-00278-001 EMC |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO APPLY FUNDS HELD |
| v. | ) BY UNITED STATES SECRET SERVICE FOR PAYMENT OF DEFENDANT'S RESTITUTION |
| JAMES MURRAY, | ) JUDGMENT |
| Defendant. | ) |

Upon consideration of the United States' Motion to Apply Funds held by United States Secret Service to Payment of Restitution Judgment and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion to Apply Funds is granted.

IT IS FURTHER ORDERED that the One Million Seven Hundred Seventy-Eight Thousand Forty-Nine and 83/100 Dollars ($1,778,049.83), belonging to Defendant James Murray, and held by the United States Secret Service be turned over to the Clerk of the Court for payment of the outstanding

PROPOSED ORDER
CR 12-00278-001 EMC                    1

restitution obligation imposed against Defendant.  Said funds should be made payable to the United States District Court Clerk, and mailed to The United States District Court Clerk, 450 Golden Gate Avenue, 16th Fl., San Francisco, CA 94102.

Dated: __7/22/16_____    _____
EDWARD M. CHEN
United States District Judge

