UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>     v.<br><br>MURRAY,<br><br>          Defendant. | Case No. 12-cr-00278-EMC-1<br><br>**AND**<br><br>Case No. 12-cv-01288-EMC<br><br>SEC v. Murray<br><br>**ORDER RE WINDSORS' MOTION FOR FAIR DISTRIBUTION OF FUNDS** |

Previously, the Court issued an order asking the government to weigh in on the motion for fair distribution of funds filed by third parties Patricia A. Windsor and Robert Mr. Windsor. Both the United States Attorney's Office ("USAO") and the SEC provided responses – the former based on the criminal case against Mr. Murray and the latter based on the civil case against Mr. Murray. Having reviewed the government responses, the Court hereby orders as follows:

1.    It is not clear whether the USAO served a copy of its response on the Windsors and Mr. Murray. If it has not, the USAO shall immediately serve its response and provide a proof of service certifying such.

2.    The gist of the USAO's response is that the Court has no jurisdiction in the criminal case to address the Windsors' request for relief in light of Mr. Murray's appeal. The USAO also takes the position that the Windsors' motion for relief is problematic on the merits, *i.e.*, because they have not adequately shown that they were victims of the criminal scheme that was charged in the operative indictment. The SEC takes a similar position, more specifically, that, for purposes of the civil case, the Windsors have not shown that they were victims of the fraud alleged.

3. The Court shall give the Windsors an opportunity to file a reply brief in response to the government's papers. However, given that the Windsors are pro se, the Court orders the government (both the USAO and the SEC) to first meet and confer with the Windsors, so that information can be exchanged in order to better determine whether the Windsors may be defrauded investors within the scope of either the criminal or civil case.[1] The Windsors and the government shall meet and confer (telephonic is acceptable) within three weeks of the date of this order. The Windsors shall then file a reply brief within four weeks of the date of this order.

4. Finally, within four weeks of the date of this order, Mr. Murray may, if he wishes, file a brief regarding the Windsors' request for relief.

**The Court orders the USAO to immediately serve a copy of this order on all parties and third parties, including the Windsors and the SEC, and file a proof of service certifying such.**

**IT IS SO ORDERED**.

Dated: September 9, 2016

_____
EDWARD M. CHEN
United States District Judge

---

[1] The Court is not making any decision at this point on the USAO's jurisdictional argument.