UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>   v.<br><br>MURRAY,<br><br>           Defendants. | Case No. 12-cr-00278-EMC<br><br>**ORDER ON DELIVERY OF DEFENDANT'S LEGAL MATERIALS AND EXTENSION OF REPLY DEADLINE** |

The Government shall file a notice regarding Mr. Murray's receipt of his legal materials necessary to file his reply by March 15, 2025. Mr. Murray's deadline to file his reply is extended to May 15, 2025.

**IT IS SO ORDERED**.

Dated: March 3, 2025

_____
EDWARD M. CHEN
United States District Judge